Dorothy Bridson, Plaintiff-Appellant, v. Maywood Cab Co., Inc., Defendant-Appellee.

Gen. No. 51,592. 

First District, Second Division.

January 17, 1967.

George Yellen, of Chicago, for appellant; no appearance made for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.